**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ROBERTO RODRIGUEZ, on behalf of himself and all other plaintiffs similarly situated, known and unknown, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Case No. 20-cv-07808 |
| THE KENNETH COMPANY, an Illinois Corporation, and KENNETH MALONEY, Individually, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS, THE KENNETH COMPANY AND KENNETH MALONEY'S,**
**MOTION FOR A SETTLEMENT CONFERENCE**

NOW COME Defendants, The Kenneth Company ("TKC") and Kenneth Maloney ("Maloney") (collectively, "Defendants"), by and through their attorneys, and for their Motion for a Settlement Conference, state as follows:

1. On December 30, 2020, Plaintiff, Roberto Rodriguez ("Plaintiff"), filed his Complaint against Defendants, TKC and Michael Maloney. *See* Dkt. No. 1.

2. On March 8, 2021, Defendants, TKC and Michael Maloney answered the Complaint. *See* Dkt. No. 9, 10.

3. On March 9, 2021, Defendants tendered a settlement offer to Plaintiff, which was rejected. Plaintiff rejected the settlement offer in part because, understandably, he required documentation concerning all hourly employees who worked for TKC during the relevant time period. Defendants agreed to voluntarily produce the documents requested for the purposes of facilitating settlement.

4. On May 3, 2021, Plaintiff dismissed the Complaint against Defendant, Michael Maloney. *See* Dkt. No. 15, 17.

5. On May 5, 2021, Plaintiff filed his First Amended Complaint (the "FAC") against Defendants, TKC and Maloney. *See* Dkt. No. 18.

6. On May 26, 2021, Defendants filed their respective answers to the FAC. *See* Dkt. No. 19, 20.

7. Between the period March 26, 2021 through July 28, 2021, Defendants voluntarily made four productions (consisting of approximately 615 pages in total) for the purpose of facilitating settlement since the parties expressed a continuing interest in settlement.

8. On November 24, 2021, Plaintiff tendered a settlement demand. However, on November 29, 2021, Plaintiff withdrew his demand, and advised that he would be tendering a revised demand shortly.

9. On December 6, 2021, Plaintiff tendered a revised settlement demand. However, Plaintiff withdrew his revised demand on December 13, 2021, before Defendants had a chance to respond.

10. Defendants have not received a revised settlement demand as of the date of filing this Motion.

11. It has now been one (1) year since this case was filed. Given the settlement history to date and the fact that the parties are interested in pursuing settlement, Defendants believe it would be in the parties' best interest if this Honorable Court ordered a settlement conference.

WHEREFORE, Defendants, The Kenneth Company and Kenneth Maloney, respectfully request that this Honorable Court enter an Order requiring Plaintiff, Roberto Rodriguez, and Defendants, The Kenneth Company and Kenneth Maloney, to appear for a settlement conference on a date convenient for the Honorable Court and the parties, and awarding such other and further relief deemed necessary and just.

    Respectfully submitted,

    THE KENNETH COMPANY AND KENNETH MALONEY

    By: /s/ Jenna N. Wadulak

Thomas A. Christensen (ARDC No. 6215881)
Jenna N. Wadulak (ARDC No. 6309859)
HUCK BOUMA PC
1755 South Naperville Road, Suite 200
Wheaton, Illinois 60189
(630) 221-1755
tchristensen@huckbouma.com
jwadulak@huckbouma.com