## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Roberto Rodriguez

                Plaintiff,

v.                                              Case No.: 1:20−cv−07808

                                                    Honorable Marvin E. Aspen

The Kenneth Company, an Illinois Corporation, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 11, 2022:

      MINUTE entry before the Honorable Marvin E. Aspen: Defendants' Motion for a Settlement Conference [27] is denied. The parties are to continue pursuing settlement efforts in good faith on their own. If, at a later time, all parties desire a settlement conference to assist in their settlement efforts, they should promptly notify the Court. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.